■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH STROLLER, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on January 31, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK JOYCE, on Behalf of LARRY STROMAN, Appellant, v WARDEN, Respondent.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on March 5, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro and Rosenberger, JJ.